**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOHN FREEMAN,

    Plaintiff,

v.                                      Case No. 3:19-cv-861-J-34MCR

SNAP FINANCE, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 22; Stipulation) filed on May 21, 2020. In the Stipulation, the parties request dismissal of this matter with prejudice. <u>See</u> Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

    1.     This case is **DISMISSED with prejudice**.

    2.     Each party shall bear their own attorney's fees, costs and expenses.

    3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of May, 2020.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record